UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BENNETT, | No. 2:21-cv-1340 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BURTON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

In addition, plaintiff failed to sign his complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's complaint unless he signs it. Therefore, plaintiff is provided an opportunity to re-file the complaint bearing his signature. If plaintiff

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

wishes, he may simply sign and return the enclosed page six of his complaint and the Clerk of the Court will replace it with the signed page.  Failure to remedy the lack of signature will result in an order striking the unsigned complaint from the record, which may result in the dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner, and to send plaintiff a copy of page six of his complaint that does not bear the court's banner (ECF No. 1 at 6); and

3. Plaintiff is granted thirty days in which to remedy the lack of signature on his complaint.

Dated:  August 6, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/benn1340.3a(CDCR)