IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JONATHAN BENNETT,** | 2:21-cv-1340 KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE RESPONSE TO COMPLAINT** |
| v. | Judge:   Hon. Kendall J. Newman |
| **BURTON, et al.,** | Action Filed:   July 29, 2021 |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Defendants filed a second motion to change time to file a response to the complaint. Having reviewed defendants' motion, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 29) is granted; and

2. Defendants shall file a response to the complaint on or before May 11, 2022. No further extensions of time will be granted.

Dated:  April 6, 2022

/benn1340.eot2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE