UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BENNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>BURTON, et al.,<br><br>    Defendants. | No. 2:21-cv-1340 WBS KJN P<br><br><br>ORDER |

    Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 8, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Among other things, the court agrees that the Second Amended Complaint properly alleges causation. It is possible that plaintiff contracted COVID-19 during the two days between

being tested on December 17, 2020 and receiving his negative test results on December 19, or possibly even before, given that it is not clear how long it takes someone to test positive after exposure.  However, it seems equally likely that plaintiff contracted COVID-19 during the five days between December 19 and December 24, 2020, the date of plaintiff's positive test, after defendants failed to remove the inmates who received positive COVID-19 test results on December 19.  Thus, the complaint plausibly alleges that defendants' failure to remove those inmates from plaintiff's dormitory caused plaintiff to contract COVID-19.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations (ECF No. 77) are adopted in full;

        2. Defendants' motion to dismiss (ECF No. 73) is denied; and

        3. Defendants shall file an answer within fourteen days from the date of service of this order.

Dated:  May 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE