1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JONATHAN BENNETT,                          No.  2:21-cv-1340 WBS CSK P

12                    Plaintiff,

13          v.                                    ORDER

14    U. GARCIA, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 26, 2025, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party filed

23    objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  See Orand v. United States, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

27    reviewed the file, the court finds the findings and recommendations to be supported by the record

28    and by the magistrate judge's analysis.

                                            1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations (ECF No. 92) are adopted in full;

3    2.  This action is dismissed for failure to prosecute.

4    Dated:  March 14, 2025

5    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

6

7

8    /benn21cv1340.801

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28